UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ O.C.

05 MAY 27 AM 10: 04

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

LITTLE TYKE'S LEARNING ACADEMY,
et al.,

      Plaintiffs,

v.                                                      Cv. No. 03-2570-Ma

INSOUTH BANK, et al.,

      Defendants.

# JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order Dismissing Complaint Without Prejudice, docketed May 23, 2005.

APPROVED: _/s/_____

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

May 25, 2005
_____
DATE

ROBERT R. DI TROLIO
_____
CLERK

(By) DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  5-27-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:03-CV-02570 was distributed by fax, mail, or direct printing on May 27, 2005 to the parties listed.

---

Wanda Abioto
LAW OFFICE OF WANDA ABIOTO
1555 Madison Ave.
Memphis, TN 38104

Honorable Samuel Mays
US DISTRICT COURT